THOMAS McCARTHY *versus* WILLIAM MORRISON.

PAPERS IN FILE (1835–37): (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari; (3) copy of affidavit; (4) return to certiorari; (5) motion for further return.
*1824–36 Calendar*, MS p. 243.

UNITED STATES *versus* DAVID C. McKINSTRY.

PAPERS IN FILE (1835): (1) Affidavit and petition for certiorari and supersedeas, allocatur; (2) bond for certiorari.
*1824–36 Calendar*, MS p. 247.

DANIEL HUNTOON, AD-MINISTRATOR, ETC., OF JOSIAH HUN-TOON, *versus* CHARLES C. HASCALL.

PAPERS IN FILE (1835–37): (1) Transcript of record, certificate of attorney, allowance of writ of error; (2) writ of error and return; (3) assignment of errors; (4) joinder in error.
*1824–36 Calendar*, MS p. 250.

HORATIO JAMES *versus* JAMES HANMER.

PAPERS IN FILE (1835): (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and copy of affidavit; (3) petition for supersedeas; (4) writ of supersedeas and return.
*1824–36 Calendar*, MS p. 251.